(March 29, 1924.)

C. J. McQUAIN, Respondent, v. C. H. GLOUGIE, Appellant.

[224 Pac. 1066.]

No Appearance—Appeal and Error—Rule 48—Judgment Affirmed.
    1.  Where a cause on the calendar is reached for hearing and neither side has submitted a brief or is represented by counsel, under Rule 48 this court may, in its discretion, either dismiss the cause, which results in an affirmance of the judgment below, or examine the record for fundamental error and render its judgment on the merits.
    2.  Record examined and *held* sufficient to support the judgment.

APPEAL from the District Court of the Seventh Judicial District, for Canyon County. Hon. Ed. L. Bryan, Judge.

Action for breach of contract. Judgment for respondent. *Affirmed.*

Geo. W. Lamson, for Respondent.

Van de Steeg & Breshears, for Appellant.

Counsel file no briefs.

BUDGE, J.—This action was brought to recover a balance due on contract. To the complaint an answer was filed and upon the issues thus made the cause was tried to the court and a jury. A verdict was rendered in favor of respondent and judgment was thereupon entered. A motion for

new trial was made by appellant which was overruled. From the judgment and from the order overruling the motion for a new trial this appeal is taken.

When the cause was reached for argument in this court, neither party appeared and no briefs were filed. Upon this state of the record, and in accordance with Rule 48 of this court, the record has been examined to ascertain whether it is sufficient to support the judgment as entered. (*Hecker v. Johnson*, 36 Ida. 417, 211 Pac. 445; *Ellsworth v. Hill*, 34 Ida. 359, 200 Pac. 1067; *Hoffman v. Payette Heights Irr. Dist.*, 35 Ida. 375, 205 Pac. 515.)

The record does not disclose any fundamental errors in the court below. The judgment is therefore affirmed with costs to respondent.

McCarthy, C. J., and William A. Lee and Wm. E. Lee, JJ., concur.